IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02148-WYD-MEH

NASTASJA ROST, through her mother and next friend, Kristine Rost,

    Plaintiff,

v.

RYAN L. ATKINSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 8, 2011.**

    In the interest of justice, Defendant's Unopposed Motion to Amend Answer [filed November 7, 2011; docket #12] is **granted**.  The Clerk of the Court is directed to file the Amended Answer, Defenses and Jury Demand found at docket #12-1.