IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02148-WYD-MEH

NASTASJA ROST, through her mother and next friend, Kristine Rost,

    Plaintiff,

v.

RYAN L. ATKINSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2011.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed December 30, 2011; docket #16] is **granted**. The Settlement Conference scheduled in this case for Thursday, January 5, 2012 is hereby **vacated**. Should the parties determine later in the litigation that they would like assistance in settling this matter, they may contact my Chambers at (303) 844-4507 to obtain an alternate date for a settlement conference.