IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02148-WYD-MEH

NASTASJA ROST, through her mother and next friend, Kristine Rost,

    Plaintiff,

v.

RYAN L. ATKINSON,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice between Plaintiff, Nastasja Rost, through her mother and next friend, Kristine Rost, and Defendant, Ryan L. Atkinson, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice and each party shall bear its own costs and attorney fees.

Dated:  October 4, 2013

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE